# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Francisco Javier Angulo-Pena,<br>a.k.a.: Francisco Angulo-Pena,<br>(A087 540 699)<br>*Defendant* | Case No. 21-3005 MJ |

DOA 1-30-21

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about January 29, 2021, in Maricopa County, in the District of Arizona, the defendant violated Title 8, United States Code, Section 1326(a), an offense described as follows:

Francisco Javier Angulo-Pena, an alien, was found in the United States at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Laredo, Texas, on or about June 5, 2014, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

CHARLES BAILEY  *Digitally signed by CHARLES BAILEY*
*Date: 2021.02.01 10:23:48 -07'00'*

AUTHORIZED BY: Charles E. Bailey Jr., P.S. for AUSA Genevieve A. Ozark

☒ Continued on the attached sheet.

JAMES A JOYNER  *Digitally signed by JAMES A JOYNER*
*Date: 2021.02.01 10:42:29 -07'00'*

*Complainant's signature*

James A. Joyner,
Deportation Officer
*Printed name and title*

Sworn to telephonically.

Date: February 1, 2021

M Morrissey
*Judge's signature*

City and state  Phoenix, Arizona

Michael T. Morrissey,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Immigration and Customs Enforcement Deportation Officer James A. Joyner, declare under penalty of perjury that the following is true and correct.

1. I am a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned the facts recited herein from direct participation in the investigation and from the reports and communications of other agents and officers.

2. On January 29, 2021, the Phoenix Police Department (PPD) encountered Francisco Javier Angulo-Pena while responding to a call regarding a possible stash house at 5630 South 14th Avenue, in Phoenix, Arizona. PPD Officer Martin suspected Angulo-Pena to be illegally present in the United States and contacted the Phoenix ICE Law Enforcement Agency Response Unit for assistance. ICE Officer Galvez interviewed Angulo-Pena and determined him to be a citizen of Mexico, illegally present in the United States. On the January 30, 2021, Angulo-Pena was transported to the Phoenix ICE Office for further investigation and processing. Angulo-Pena was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Francisco Javier Angulo-Pena to be a citizen of Mexico and a previously deported alien. Angulo-Pena was removed from the United States to Mexico through Laredo, Texas, on or about June 5, 2014, pursuant to a final order of removal issued by an immigration judge. There is no record of Angulo-Pena in any Department of Homeland Security database to suggest that he obtained

permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Angulo-Pena's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Francisco Javier Angulo-Pena was convicted of Possession of Marijuana for Sale (over 4lbs.), and Misconduct Involving Weapons, both felony offenses, on June 24, 2009, in the Superior Court of Arizona, Maricopa County. Angulo-Pena was sentenced to a term of five (5) months of incarceration, and three (3) years of probation, with both counts to run concurrently with one another. Angulo-Pena's criminal history was matched to him by electronic fingerprint comparison.

5. On January 30, 2021, Francisco JavierAngulo-Pena was advised of his constitutional rights. Angulo-Pena freely and willingly acknowledged his rights and declined to provide a statement under oath.

6. For these reasons, I submit there is probable cause to believe that on or about January 29, 2021, Francisco Javier Angulo-Pena, an alien, was found in the United States at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States at or near Laredo, Texas, on or about June 5, 2014, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

7. This affidavit was sworn to telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose. I have thoroughly reviewed the affidavit

and the attachments to it, and attest that there is sufficient evidence to establish probable cause that the defendant violated Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

**JAMES A JOYNER** Digitally signed by JAMES A JOYNER
Date: 2021.02.01 10:44:05 -07'00'

James A. Joyner,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to telephonically
this 1st day of February, 2021.

*M Morrissey*

Michael T. Morrissey,
United States Magistrate Judge

3